Clerk of the court,

The filing fee is included with the motion.

C 474

Thank you,

Larry E. Johnson

**FILED**
JUL 30 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE